AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Chen, Edward M. | 2. Court or Organization  U.S. District Court, N.D. California | 3. Date of Report  08/31/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Trust #2 ( ) |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #4 ( t) |
| 4. | Trustee | Trust #5 ( ) |
| 5. | Trustee | Trust #8 ( |
| 6. | Trustee | Trust #16 ( |
| 7. | Trustee | Trust #17 ( |
| 8. | Trustee | Trust #18 ( |
| 9. | Trustee | Trust #19 ( |
| 10. | Trustor | Trust #20 ( ) |
| 11. | Officer & Director | Realty Co. #1 |
| 12. | Manager | Limited Liability Co. #1 ( |
| 13. | Manager | Limited Liability Co. #2 |
| 14. | Manager | Limited Liability Co. #3 ( ) |
| 15. | Manager | Limited Liability Co. #4 |
| 16. | Manager | Limited Liability Co. #5 ( |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

| | | |
|---|---|---|
| 17. | Manager | Limitied Liability Co. #6 |
| 18. | Manager | Limited Liability Co. #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Trust #2 (salary) | $26,952.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Trust #2 (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU School of Law -- Root-Tilden-Kern Scholarship Program | 3/30/2017 - 4/2/2017 | New York, New York | Panelist to interview and select RTK Scholar Recipients | Airfare, hotel, meals, ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Savings Bank | Co-signer on mortgage condominium investment | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2 (Trustee) (33% Interest) | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. -Interfamily note (from Trust #8) | A | Interest | L | U | | | | | |
| 4. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 5. -Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 6. -Aegon NV stock | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Limited Partnership #3 ( ▨▨▨▨ ) | | | | | | | | | |
| 9. (9.5% Interest) | | | | | | | | | |
| 10. -Commercial Property #3 (San Francisco, CA) | C | Rent | K | U | | | | | |
| 11. -Bank of America (accounts) | A | Interest | J | T | | | | | |
| 12. -First Republic Bank (account) | A | Interest | J | T | | | | | |
| 13. -Condominium #1 (Kohala Coast, HI) | A | Rent | K | U | | | | | |
| 14. -El Dorado Hospitality, LLC | A | Rent | J | U | | | | | |
| 15. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 16. -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Limited Partnership #5 ( ⬚ | | | | | | | | | |
| 19. Limited Partnership) (20.5% Interest) | | | | | | | | | |
| 20. -Commercial Property #4 (Sacramento, CA) | D | Rent | M | U | | | | | |
| 21. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 22. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 23. -East-West Bank (account) | A | Interest | K | T | | | | | |
| 24. -Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 25. -Wells Fargo Bank (account) (Closure of this account was erroneously | A | Interest | J | T | Closed | 06/29/16 | J | | |
| 26. omitted from 2016 Report) | | | | | | | | | |
| 27. -Limited Liability Company #2 ⬚ ) | | | | | | | | | |
| 28. (Limited Partnership #5 owns 25% Interest) | | | | | | | | | |
| 29. --Commercial Property #8 (San Rafael, CA) | D | Rent | M | U | | | | | |
| 30. --Bank of America (account) | A | Interest | K | T | | | | | |
| 31. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 32. --East-West Bank (account) | A | Interest | J | T | | | | | |
| 33. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 34. --Cathay Bank (account) (Inadvertently omitted from prior reports) | A | Interest | J | T | Open | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Realty Co. #1 ( ░░░░ .) (stock) (33% Interest) (Erroneously | A | Interest | | | Closed | 03/16/17 | L | A | |
| 37. reported as dissolved in 2016) | | | | | | | | | |
| 38. -Bank of America (accounts) (Although dissolved, one administration | A | Interest | J | T | | | | | |
| 39. bank account remained open) | | | | | | | | | |
| 40. -Sterling Bank & Trust (account) (Erroneoulsy reported as | A | Interest | K | T | Closed | 03/16/17 | J | A | |
| 41. closed in 2016) | | | | | | | | | |
| 42. -East-West Bank (account) (Erroneoulsy reported as closed in 2016) | A | Interest | K | T | Closed | 03/16/17 | J | A | |
| 43. | | | | | | | | | |
| 44. Life Insurance Policies - New York Life Ins. Co. (Whole Life Policies) | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. Trust #5 (Co-Trustee only) (No ownership) | | | | | | | | | |
| 47. -Cathay Bank (account) | A | Interest | M | T | | | | | |
| 48. -East-West Bank (account) | B | Interest | N | T | | | | | |
| 49. -Sterling Bank & Trust (account) | A | Interest | M | T | | | | | |
| 50. -First Republic Bank (account) | A | Interest | M | T | | | | | |
| 51. -Limited Liability Co. #3 ( ░░░░ ░░░░ (2.4% Interest) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Commercial Property #7 (Sacramento, CA) | B | Rent | J | U | | | | | |
| 53. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 54. --First Republic Bank (accounts) | A | Interest | J | T | | | | | |
| 55. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 56. --East West Bank (accounts ) | A | Interest | J | T | | | | | |
| 57. --Cathay Bank (accounts) | A | Interest | J | T | | | | | |
| 58. --Wells Fargo Bank (account) (Closure of this account was erroneosly | A | Interest | J | T | Closed | 06/29/16 | J | | |
| 59. omitted from 2016 Report) | | | | | | | | | |
| 60. -Limited Liability Co. #7 (▯, ▯) (13.3% Interest) | | | | | | | | | |
| 61. --Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 62. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 63. --Sterling Bank & Trust (account) | A | Interest | J | T | Closed | 03/23/17 | J | | |
| 64. --Cathay Bank (account) | A | Interest | K | T | | | | | |
| 65. --Wells Fargo (account) (Closure of this account was erroneously | A | Interest | J | T | Closed | 06/29/16 | J | | |
| 66. omitted from 2016 Report) | | | | | | | | | |
| 67. -Limited Partnership #2 (▯ ▯ ) | | | | | | | | | |
| 68. (0.88% Interest) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Commercial Property #2 (San Francisco, CA) | D | Rent | K | U | | | | | |
| 70. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 71. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 72. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 73. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 74. --East-West Bank (accounts) | A | Interest | J | T | Closed | 03/23/17 | J | | |
| 75. --J.P. Morgan Chase (bond) (Inadvertently not reported as | A | Interest | J | T | Closed | 05/01/16 | J | | |
| 76. closed in 2016) | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Merrill Lynch - IRA | | | | | | | | | |
| 79. -Account - Merrill Lynch | A | Dividend | K | T | | | | | |
| 80. -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 81. -Ariel Appreciation Fund | A | Dividend | K | T | | | | | |
| 82. -Calvert Social Index | A | Dividend | K | T | | | | | |
| 83. -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 84. -Templeton Developing | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merrill Lynch - IRA | | | | | | | | | |
| 87. -Account - Merrill Lynch | A | Dividend | J | T | | | | | |
| 88. -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 89. -Franklink U.S. Government Series Class A | A | Dividend | J | T | | | | | |
| 90. -Calvert Large Cap Core | A | Dividend | J | T | | | | | |
| 91. -Templeton Developing | A | Dividend | J | T | | | | | |
| 92. -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. Lincoln Financial Group (403(b)) | | | | | | | | | |
| 95. -LVIP UBS Global Asset Allocation | A | Dividend | K | T | | | | | |
| 96. -LVIP Delaware Social Awareness | A | Dividend | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. Bank of America (accounts) | A | Interest | L | T | | | | | |
| 99. | | | | | | | | | |
| 100. Sterling Bank & Trust (accounts) | A | Interest | M | T | | | | | |
| 101. | | | | | | | | | |
| 102. Ally Bank (account) | A | Interest | M | T | Open | 11/22/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Trust #16 (Trustee only) (No ownership) | | | | | | | | | |
| 105. -Bank of America (account) | A | Interest | J | T | | | | | |
| 106. -Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 107. -Cathay Bank (account) | A | Interest | J | T | Open | 04/09/17 | P1 | | |
| 108. -Limited Partnership #2 ( ████████ ) | | | | | | | | | |
| 109. ( 26.69% Interest) | | | | | | | | | |
| 110. --Commercial Property #2 (San Francisco, CA) | A | Rent | J | U | | | | | |
| 111. --Bank of America (accounts) | A | Interest | L | T | | | | | |
| 112. --Cathay Bank (account) | A | Interest | K | T | | | | | |
| 113. --First Republic Bank (account) | A | Interest | L | T | | | | | |
| 114. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 115. --East-West Bank (accounts) | A | Interest | J | T | Closed | 03/23/17 | K | | |
| 116. --J.P. Morgan Chase (bond) (Inadvertently not reported | A | Interest | J | T | Closed | 05/01/16 | K | | |
| 117. as closed in 2016) | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. Limited Liability Co. #4 ████ ██ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Bank of America (account) | A | Interest | L | T | | | | | |
| 121.  -Limited Partnership #1 (⬜⬜⬜ ⬜⬜⬜ ) | | | | | | | | | |
| 122.  (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 123.  --Limited Liability Co. #5 (⬜⬜⬜, ⬜⬜ (Limited | | | | | | | | | |
| 124.  Partnership #1 owes 25% Interest) | | | | | | | | | |
| 125. | | | | | | | | | |
| 126.  --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 127.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 128.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 129.  --Commercial Property #1 (San Francisco, CA) | D | Rent | J | U | | | | | |
| 130.  -Limited Partnership #2 ⬜⬜⬜ ⬜⬜⬜ | | | | | | | | | |
| 131.  (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 132.  -Commercial Property #2 (San Francisco, CA) | B | Rent | K | U | | | | | |
| 133.  -Bank of America (accounts) | A | Interest | J | T | | | | | |
| 134.  -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 135.  -First Republic Bank (account) | A | Interest | J | T | | | | | |
| 136.  -Sterling Bank & Trust (account) | A | Rent | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -East-West Bank (accounts) | A | Interest | J | T | Closed | 03/27/17 | J | | |
| 138. -J.P. Morgan Chase (bond) (Inadvertently not reported as | A | Interest | J | T | Closed | 05/01/16 | J | | |
| 139. closed in 2016) | | | | | | | | | |
| 140. -Limited Partnership #5 (▓▓▓▓ ▓▓▓▓ ) | | | | | | | | | |
| 141. (LLC #4 owns 1% Interest) | | | | | | | | | |
| 142. --Commercial Property #4 (Sacramento, CA) | B | Rent | J | U | | | | | |
| 143. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 144. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 145. --East-West Bank (account) | A | Interest | J | T | | | | | |
| 146. --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 147. --Wells Fargo Bank (account) (Closure of this account was erroneously | A | Interest | J | T | Closed | 06/29/16 | J | | |
| 148. omitted from 2016 Report) | | | | | | | | | |
| 149. --Limited Liability Company #2 (▓▓▓▓ ▓▓▓▓ ) (Limited | | | | | | | | | |
| 150. Partnership #5 owns 25% Interest) | | | | | | | | | |
| 151. --Commercial Property #8 (San Rafael, CA) | A | Rent | J | U | | | | | |
| 152. --Bank of America (account) | A | Interest | J | T | | | | | |
| 153. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --East-West Bank (account) | A | Interest | J | T | | | | | |
| 155. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 156. --Cathay Bank (account) (Inadvertently omitted from prior reports) | A | Interest | J | T | Open | 07/01/14 | J | | |
| 157. | | | | | | | | | |
| 158. Limited Liability Co. #6 ▨ (50.5%) | | | | | | | | | |
| 159. -Provident Credit Union (account) | A | Interest | J | T | Closed | 09/23/15 | M | | |
| 160. -Ally Bank (account) (Erroneously reported in 2016) | A | Interest | J | T | Closed | 04/23/15 | M | | |
| 161. -Bank of America (account) | B | Interest | N | T | | | | | |
| 162. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 163. --Sterling Bank & Trust (account) | A | Interest | L | T | Open | 10/02/17 | M | | |
| 164. --Cathay Bank (account) (Inadvertently omitted from 2016 Report -- was | A | Interest | L | T | | | | | |
| 165. reported on line 363 of that Report) | | | | | | | | | |
| 166. -Condominium #5 (Maui, HI) | E | Rent | M | U | | | | | |
| 167. -Commercial Condominium (San Francisco, CA) | G | Rent | P1 | U | | | | | |
| 168. -Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 169. -Commercial Property #12 (San Rafael) | G | Rent | O | U | | | | | |
| 170. -Condominium #6 (Maui, HI) | D | Rent | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Cathay Bank (account) | A | Interest | M | T | Open | 05/16/16 | M | A | |
| 172. | | | | | | | | | |
| 173. Limited Liability Co. #7 ( ▨ , ▨ ) (Manager only) | | | | | | | | | |
| 174. (No ownership) | | | | | | | | | |
| 175. --Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 176. --Bank of America (accounts) | A | Interest | M | T | | | | | |
| 177. --Sterling Bank & Trust (account) | A | Interest | J | T | Closed | 03/23/17 | J | | |
| 178. --Cathay Bank (account) | A | Interest | K | T | | | | | |
| 179. --Wells Fargo (account) (Closure of this account was erroneously | A | Interest | J | T | Closed | 06/29/16 | J | | |
| 180. omitted from 2016 Report) | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. BST Hospitality, LLC | D | Dividend | L | U | | | | | |
| 183. | | | | | | | | | |
| 184. Trust #17 | | | | | | | | | |
| 185. -Commercial Property #11 (Petaluma, CA) | E | Rent | N | U | | | | | |
| 186. -East-West Bank (account) | A | Interest | L | T | Closed | 12/18/17 | K | | |
| 187. -Bank of America (account) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Sterling Bank & Trust (account) | A | Interest | M | T | Open | 09/10/17 | M | | |
| 189. | | | | | | | | | |
| 190. Trust #18 (Trustee only) (No ownership interest) | | | | | | | | | |
| 191. -East-West Bank (account) | A | Interest | J | T | | | | | |
| 192. -Sterling Bank & Trust (account) | B | Interest | N | T | | | | | |
| 193. -Cathay Bank (account) | A | Interest | M | T | | | | | |
| 194. -First Republic Bank | A | Interest | M | T | | | | | |
| 195. | | | | | | | | | |
| 196. Trust #19 | | | | | | | | | |
| 197. -Bank of America (account) | A | Interest | L | T | | | | | |
| 198. -Limited Liability Co. #1 ( ▒▒▒▒ ) (77% Interest) | | | | | | | | | |
| 199. --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 200. --Commercial Building #10 (San Francisco, CA) | D | Rent | K | U | Sold | 03/24/17 | O | G | Kalo Terrace LLC |
| 201. --Bank of America (accounts) | C | Interest | N | T | | | | | |
| 202. --First Republic Bank (account) | B | Interest | L | T | | | | | |
| 203. --Sterling Bank & Trust (account) | B | Interest | K | T | | | | | |
| 204. --East-West Bank (account) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Condominium #2 (Maui, HI) | E | Rent | K | U | Buy | 05/22/17 | N | | Newell Family Trust dated |
| 206. | | | | | | | | | 8/13/15 |
| 207. --Condominium #3 (Santa Barbara, CA) | E | Rent | K | U | Buy | 04/10/17 | N | | Marlene King |
| 208. -Commercial Condominium (San Francisco, CA) | D | Rent | M | U | | | | | |
| 209. | | | | | | | | | |
| 210. Trust #20 (Spouse Trustee) | | | | | | | | | |
| 211. -Bank of America (account) | A | Int./Div. | M | T | | | | | |
| 212. -Limited Liabiltiy Co. #1 ▇▇▇▇, ▇▇ (22% Interest) | | | | | | | | | |
| 213. --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 214. --Commercial Building #10 (San Francisco, CA) | C | Rent | K | U | Sold | 03/24/17 | M | G | Kalo Terrace LLC |
| 215. --Bank of America (accounts) | C | Interest | M | T | | | | | |
| 216. --First Republic Bank (account) | B | Interest | L | T | | | | | |
| 217. --Sterling Bank & Trust (account) | B | Interest | L | T | | | | | |
| 218. --East-West Bank (account) | B | Interest | L | T | | | | | |
| 219. --Condominium #2 (Maui, HI) | D | Rent | K | U | Buy | 05/22/17 | M | | Newell Family Trust dated |
| 220. | | | | | | | | | 8/13/15 |
| 221. --Condominium #3 (Santa Barbara, CA) | D | Rent | K | U | Buy | 04/10/17 | M | | Marlene King |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Limited Partnership #3 (49.5% Interest) | | | | | | | | | |
| 223. --Commercial Property #3 (San Francisco, CA) | D | Rent | M | U | | | | | |
| 224. --Bank of America (accounts) | A | Interest | L | T | | | | | |
| 225. --First Republic Bank (account) | A | Interest | L | T | | | | | |
| 226. --Condominium #1 (Kohala Coast, HI) | A | Rent | M | U | | | | | |
| 227. --El Dorado Hospitality, LLC | A | Dividend | J | U | | | | | |
| 228. --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 229. --Cathay Bank (account) | A | Interest | L | T | | | | | |
| 230. -Limited Liability Co. #5 (Limited Partnership #1 | | | | | | | | | |
| 231. owns 25% Interest) | | | | | | | | | |
| 232. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 233. --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 234. --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 235. --Commercial Property #1 (San Francisco, CA) | G | Rent | N | U | | | | | |
| 236. -Limited Liability Co. #6 (49.5% Interest) | | | | | | | | | |
| 237. --Provident Credit Union (account) | A | Interest | J | T | | | | | |
| 238. --Ally Bank (account) (Erroneously reported in 2016) | A | Interest | J | T | Closed | 04/23/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Bank of America (account) | B | Interest | N | T | | | | | |
| 240. --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 241. --Sterling Bank & Trust (account) | A | Interest | L | T | Open | 10/02/17 | M | | |
| 242. --Condominium #5 (Maui, HI) | E | Rent | M | U | | | | | |
| 243. --Commercial Condominium (San Francisco, CA) | G | Rent | O | U | | | | | |
| 244. --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 245. --Commercial Property #12 (San Rafael) | D | Rent | N | U | | | | | |
| 246. --Condominium #6 (Maui, HI) | D | Rent | L | U | | | | | |
| 247. -Cathay Bank (account) | A | Interest | L | T | | | | | |
| 248. -Limited Liability Co. #3 (26% Interest) | | | | | | | | | |
| 249. --Commercial Property #7 (Sacramento, CA) | E | Rent | L | U | | | | | |
| 250. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 251. --First Republic Bank (accounts) | A | Interest | K | T | | | | | |
| 252. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 253. --East West Bank (accounts ) | A | Interest | K | T | | | | | |
| 254. --Cathay Bank (accounts) | A | Interest | K | T | | | | | |
| 255. --Wells Fargo Bank (account) (Closure of this account was erroneously | A | Interest | J | T | Closed | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | omitted from 2016 Report) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Values and income are based on pro-rata interests owned by filer and spouse (or in which filer/spouse has a beneficial interest).

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/31/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544